UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL BOWMAN. | No. 04 CR 531-7<br>Judge James B. Zagel |

## MEMORANDUM OPINION AND ORDER

Michael Bowman pled guilty to a broad array of crimes, to wit, two armed robberies of currency exchanges and a single crime of carrying a firearm in furtherance of a crime of violence. He was sentenced to serve 174 months of imprisonment consistent with the terms of the plea agreement which included his standing as a Career Offender.[1]

The guideline range was 262-324 months. Bowman cooperated with the prosecution, and the benefit to him was a court-imposed reduction which limited his sentence to only two-thirds of the low end of the range, or 174 months.

Bowman somehow convinced himself that he should get a further reduction. Although there are a fair number of ways to receive a sentence reduction, there is no such reduction based on a statute or amendment to Sentencing Guidelines that entitles a defendant to be resentenced in the absence of a law that would justify such a sentence. There is, as yet, no general "retroactive sentencing law" or general "retroactive amendment." Absent a specific legal rule, there is no legal ground for Bowman to stand on in order to reduce his sentence in this case.

---

[1] Bowman's prior sentences were for five years of imprisonment for making or delivering a controlled substance, another for four years of incarceration for aggravated battery, and three years of imprisonment for making or providing a controlled substance.

Defendant's motion is denied.

ENTER:

*James B. Zagel*

James B. Zagel
United States District Judge

DATE: June 23, 2016